Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>THE MURRAY FAMILY CO. L.L.C. d.b.a. Redbox, a Nevada limited liability company,<br><br>Defendant. | CASE NO.:  2:24-cv-00232-JCM-EJY<br><br>~~[PROPOSED]~~ ORDER FOR JUDGMENT DEBTOR EXAMINATION OF THE MURRAY FAMILY CO., L.L.C. d.b.a. REDBOX's MANAGER DWAYNE MURRAY<br><br>DATE:  November 18, 2024<br><br>TIME:  10:00 A.M. |

The Court having reviewed the Motion for Judgment Debtor Examination of The Murray Family Co., L.L.C. d.b.a. Redbox's Manager Dwayne Murray ("The Murray Family"), submitted by the Plaintiffs, the Boards of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, the Southern Nevada Laborers Local 872 Training Trust (collectively referred to as "Trust Funds"), and good cause appearing:

1

31358135.1

**IT IS HEREBY ORDERED** that Dwayne Murray as Manager of The Murray Family shall appear at the office of Brownstein Hyatt Farber Schreck, LLC located at 100 North City Parkway, Suite 1600, Las Vegas, Nevada, 89106, on November 18, 2024, at 10:00 a.m., for a judgment debtor examination before a notary public or some other officer authorized by law to administer oaths and recorded by stenographic means regarding the following subject matter:   1.   The documents produced in compliance with this Order.

2. The Murray Family's assets and liabilities.

**IT IS FURTHER ORDERED,** that Dwayne Murray shall produce to the Trust Funds' counsel at 100 North City Parkway, Suite 1600, Las Vegas, Nevada, 89106, one (1) week prior to the examination the following documents:

1. Any and all documents evidencing the current ownership of The Murray Family's stock, including the name and address of such owners;

2. Any and all documents evidencing the ownership of The Murray Family, including both individuals and entities;

3. Any and all documents regarding real property currently owned by The Murray Family, including but not limited to location, value, mortgage, mortgage payments, liens, or the like regarding such real property;

4. A complete current inventory list of assets owned by The Murray Family, including but not limited to, office equipment, vehicles, and accounts receivable;

5. The last twelve (12) statements for each and every one of The Murray Family's bank accounts in existence during such twelve (12) months, without regard to whether such account remains open;

6. Any and all documents regarding real property disposed of by The Murray Family in the last five (5) years;

7. Copies of all existing contracts under which The Murray Family is (a) currently performing work, (b) has completed work but is owed payment of any amount, or (c) will commence work in the future; and

8. Any and all documents evidencing for whom The Murray Family has performed

31358135.1

work in the past two (2) years, and all records showing the number of hours worked by The Murray Family's employees in the past two years, and on what projects all such work was performed.

DATED this 10th of October, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Christopher M. Humes, Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: chumes@bhfs.com
Email: wnobriga@bhfs.com

Attorneys for Plaintiffs

3

31358135.1