UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>THE MURRAY FAMILY CO. L.L.C. d/b/a REDBOX, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:24-cv-00232-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiffs'—the Board of Trustees of the Construction Industry and Laborers Health and Welfare Trust, the Board of Trustees of the Construction Industry and Laborers Joint Pension Trust, the Board of Trustees of the Construction Industry and Laborers Vacation Trust, and the Board of Trustees of the Southern Nevada Laborers Local 872 Training Trust (collectively the "Trust Funds")—Motion for an Order directing Dwayne Murray to show cause why he should not be held in contempt for failure to appear for a court ordered judgment debtor exam. ECF No. 17. The Motion was filed on December 16, 2024. No timely response was received.

On October 10, 2024, the Court ordered Mr. Murray to appear at a specific location and time for a judgment debtor examination. ECF No. 15. The Order further identified various documents Mr. Murray was ordered to produce. *Id.* Mr. Murray acted in direct contravention of the Court's Order by failing to appear and failing to produce the documents. Together with the law and

1

1 additional detail in Plaintiffs' Motion, Plaintiffs satisfied their burden of showing by clear and
2 convincing evidence that Mr. Murray violated this Court's October 10, 2024 Order.

3     Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion for Order to Show Cause
4 (ECF No. 17) is GRANTED.

5     IT IS FURTHER ORDERED that Dwayne Murray has through and including **January 21,**
6 **2025** to show cause in writing why he should not be held in civil contempt. Mr. Murray's failure to
7 timely comply with this Order will result in civil contempt finding and sanctions attendant thereto.

8     IT IS FURTHER ORDERED that Plaintiffs **must** use their best efforts to serve a copy of this
9 Order on Mr. Murray, which service may occur by electronic mail **and** additional methods such as
10 U.S. Mail, Certified Mail, and/or personal service.

11     IT IS FURTHER ORDERED that Plaintiffs **must** file a notice of compliance regarding
12 service no later than **January 6, 2025**.

13     IT IS FURTHER ORDERED that if Mr. Murray fails to respond to this Order, Plaintiffs
14 **must** refile their request for civil contempt and sanctions together with a proposed order regarding
15 the same.

16     Dated this 31st day of December, 2024.

                                                    ELAYNA J. YOUCHAH
                                                    UNITED STATES MAGISTRATE JUDGE