UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; and THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>THE MURRAY FAMILY CO. L.L.C. d/b/a REDBOX, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:24-cv-00232-JCM-EJY<br><br>**ORDER** |

Pending before the Court is the Motion for Order to Show Cause (ECF No. 22). No response to this Motion was filed. Under U.S. District Court for the District of Nevada Local Rule 7-2(d), the Court may treat a failure to oppose a motion as consent to grant a motion.

Accordingly, in the absence of any opposition, IT IS HEREBY ORDERED that the Motion for Order to Show Cause (ECF No. 22) is GRANTED.

IT IS FURTHER ORDERED that the Murray Family Co. L.L.C., and Dwayne Murray **must** show cause, **in writing**, no later than **September 24, 2025**, why they should not be held in contempt of court and be required to pay sanctions accumulated and that continue to accumulate for each day they fail to comply with the Court's prior Orders.

IT IS FURTHER ORDERED that failure to show cause will result in a finding of contempt of court that may include additional monetary sanctions and, ultimately, a criminal contempt finding.

IT IS FURTHER ORDERED that Plaintiff must provide service of this Order to Mr. Murray and the Murray Family Co. L.L.C., by electronic mail, regular U.S. Mail, and certified mail, return receipt requested. Plaintiff must file proof of service with the Court within three court days of the date of this Order.

Dated this 3rd day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE